UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO ALLOW BOND MODIFICATION** |
| D-2, FAKHRUDDIN ATTAR and D-3, FARIDA ATTAR, | |
| Defendants. | |

_____

Fakhruddin Attar, through his attorney Mary Chartier and Farida Attar, through her attorney Matthew R Newburg, and the United States government, through its attorney Sara Woodward, stipulate that the Attars bond conditions be modified to permit the use of a computer to access the internet to allow them to livestream religious sermons on the following dates:

- August 29, 2018 - 6:00 p.m. to 10:00 p.m. [Arafa day]

- September 11, 2018 through September 19, 2018 - 9:00 a.m. to 2:00 p.m. and 7:30 p.m. to 10:30 p.m. [Ashara]

- September 20, 2018 - 9:00 a.m. to 2:00 p.m. and 4:00 p.m. to 9:00 p.m. [Ashara]

1

Other internet access not permitted by the bond conditions is prohibited.

Respectfully submitted,

| | |
|---|---|
| 08/08/18 | /s/MARY CHARTIER |
| Date | Mary Chartier |
| | |
| 08/08/18 | /s/MATT NEWBURG |
| Date | Matthew R. Newburg |
| | |
| 08/08/18 | /s/SARA WOODWARD |
| Date | Sara Woodward |

## ORDER

The Attars bond conditions shall be modified to permit the following subject to the approval of Pretrial Services:

- August 29, 2018 - 6:00 p.m. to 10:00 p.m. [Arafa day]

- September 11, 2018 through September 19, 2018 - 9:00 a.m. to 2:00 p.m. and 7:30 p.m. to 10:30 p.m. [Ashara]

- September 20, 2018 - 9:00 a.m. to 2:00 p.m. and 4:00 p.m. to 9:00 p.m. [Ashara]

Dated: August 29, 2018          s/Bernard A. Friedman
Detroit, Michigan               BERNARD A. FRIEDMAN
                                SENIOR UNITED STATES DISTRICT JUDGE

2