UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO AMEND BOND** |
| FAKHRUDDIN ATTAR, D-2, | |
| and | |
| FARIDA ATTAR, D-3, | |
| Defendants. | |

_____

## STIPULATION

Fakhruddin Attar, M.D., through his attorney Mary Chartier, Farida Attar, through her attorney Matthew Newburg, and the United States government, through its attorney Sara Woodward, stipulate that Dr. Attar and Mrs. Attar's bond conditions be modified as follows:

1. The Attars are no longer on house arrest and may travel in the State of Michigan.

2. The Attars are no longer required to wear a GPS tether.

3. The Attars' restrictions on communicating with others are limited to restricting them from communicating with witnesses, co-defendants, and members of the community except that they may communicate with family members, such as immediate family, uncles, aunts, cousins, nieces, and nephews and similar in-laws.

4. The Attars are allowed to use the internet and text.

                                      Respectfully submitted,

| | |
|---|---|
| 1/14/2019 | /s/MARY CHARTIER |
| Date | Mary Chartier |
| | |
| 1/14/2019 | /s/MATTHEW NEWBURG |
| Date | Matthew Newburg |
| | |
| 1/14/2019 | /s/SARA WOODWARD |
| Date | Sara Woodward |

## ORDER

Fakhruddin Attar and Farida Attar's bond conditions are amended as followed:

1. The Attars are no longer on house arrest and may travel in the State of Michigan.

2. The Attars are no longer required to wear a GPS tether.

3. The Attars' restrictions on communicating with others are limited to restricting them from communicating with witnesses, co-defendants, and members of the community except that they may communicate with family members, such as immediate family, uncles, aunts, cousins, nieces, and nephews and similar in-laws.

4. The Attars are allowed to use the internet and text.

Dated: January 14, 2019  
Detroit, Michigan

**s/Bernard A. Friedman**  
BERNARD A. FRIEDMAN  
SENIOR U.S. DISTRICT JUDGE