UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO ALLOW MODIFICATION OF BOND** |
| D2, FAKHRUDDIN ATTAR and D3, FARIDA ATTAR, | |
| Defendants. | ' |

_____

## STIPULATION

Fakhruddin Attar, through his attorney Mary Chartier and Farida Attar, through her attorney Matthew R. Newburg, and the United States government, through its attorney Sara Woodward, stipulate that the Attars bond conditions be modified to allow the following:

1. Farida and Fakhruddin Attar are permitted to renew their minor daughter's passport.

2. Farida and Fakhruddin Attar are allowed to leave Michigan to travel to Orlando, Florida June 15, 2019 through June 23, 2019 to travel to Disney.

1

3. Farida and Fakhruddin Attar are permitted to drop off and pick up their minor daughter in front of Anjumane Najmi (the Mosque), which is located at 20959 Orchard Lake Road, Farmington Hills, Michigan 48336, so that she can continue her religious studies. Farida and Fakhruddin Attar will not enter the Mosque property.

                Respectfully submitted,

| | |
|---|---|
| 05/01/2019<br>Date | /s/MARY CHARTIER<br>Mary Chartier |
| 05/01/2019<br>Date | /s/MATT NEWBURG<br>Matthew R. Newburg |
| 05/01/2019<br>Date | /s/ SARA WOODWARD<br>Sara Woodward |

## ORDER

The Attars bond conditions shall be modified to permit the following:

1. Farida and Fakhruddin Attar are permitted to renew their minor daughter's passport.

2. Farida and Fakhruddin Attar are allowed to leave Michigan to travel to Orlando, Florida June 15, 2019 through June 23, 2019 to travel to Disney.

4. Farida and Fakhruddin Attar are permitted to drop off and pick up their minor daughter in front of Anjumane Najmi (the Mosque), which is located at 20959

Orchard Lake Road, Farmington Hills, Michigan 48336, so that she can continue her religious studies. Farida and Fakhruddin Attar will not enter the Mosque property.

Dated: May 14, 2019  
       Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge