UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,              Case No. 17-cr-20274

            Plaintiff,                 Honorable Bernard A. Friedman

v.                                     **STIPULATION
                                       TO AMEND BOND**

FAKHRUDDIN ATTAR, D-2,

and

FARIDA ATTAR, D-3,

            Defendants.

_____

        Fakhruddin Attar, M.D., through his attorney Mary Chartier,

Farida Attar, through her attorney Matthew Newburg, and the United

States government, through its attorney Malisa Dubal, stipulate that Dr.

Attar and Mrs. Attar's bond conditions be modified as follows:

        The Attars are authorized to travel to New York for the religious

        observance of Ashura, which is August 18, 2020 through August

        30, 2020. They will be observing the holiday with Taha Vasi and

his family. They will be staying in a cottage in Pennsylvania during this religious holiday.

Respectfully submitted,

8/09/2020          /s/MARY CHARTIER
Date          Mary Chartier

8/09/2020          /s/MATTHEW NEWBURG
Date          Matthew Newburg

8/09/2020          /s/MALISA DUBAL
Date          Malisa Dubal

2