UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | |
| FAKHRUDDIN ATTAR, D-2, | |
| and | |
| FARIDA ATTAR, D-3, | |
| Defendants. | |

## ORDER TO AMEND BOND

Fakhruddin Attar and Farida Attar's bond conditions are amended as followed:

The Attars are authorized to travel to New York for the religious observance of Ashura, which is August 18, 2020 through August 30, 2020. They will be observing the holiday with Taha Vasi and his family. They will be staying in a cottage in Pennsylvania during this religious holiday.

s/Bernard A. Friedman
Dated: August 10, 2020    Bernard A. Friedman
Detroit, Michigan    Senior United States District Judge