UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                       Case No. 17-cr-20274

                                            Judge: Bernard A. Friedman

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

     Defendants.

_____

### **STIPULATION TO EXTEND MOTION FILING DEADLINE**

The United States Government, by and through its attorneys and Defendants, by and through their attorneys, do hereby stipulate and agree that the pretrial motion filing cutoff date, for motions other than motions in limine, currently set for October 6, 2020, shall be extended to October 27, 2020.

                                Respectfully submitted,

DATED: September 23, 2020

s/ Brian M. Legghio               s/ Shannon M. Smith
BRIAN M. LEGGHIO             SHANNON M. SMITH
Attorney for Fatema Dahodwala     Attorney for Jumana Nagarwala

s/ Molly S. Blyth                 s/ Mary Chartier-Mittendorf
MOLLY S. BLYTH               MARY CHARTIER-MITTENDORF
Attorney for Jumana Nagarwala     Attorney for Fakhruddin Attar

s/ Matthew R. Newburg
MATTHEW R. NEWBURG
Attorney for Farida Attar

DATED: September 23, 2020

s/Sara Woodward _____     s/ John Neal _____
Assistant U.S. Attorney          Assistant U.S. Attorney
SARA WOODWARD           JOHN NEAL


s/ Malisa Dubal _____     s/ Amy Markopoulos _____
DOJ Trial Attorney              DOJ Trial Attorney
MALISA DUBAL              AMY MARKOPOULOS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                          Case No. 17-cr-20274

                                           Judge: Bernard A. Friedman

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6, Fatema Dahodwala

     Defendant.

## ORDER GRANTING TIME EXTENSION FOR MOTION FILING DEADLINE

Upon stipulation of the parties and the Court being fully advised of the circumstances;

**IT IS HEREBY ORDERED** the pretrial motion filing deadline, for motions other than motions in limine, shall be extended from October 6, 2020 to October 27, 2020.

IT IS SO ORDERED:

                                       s/Bernard A. Friedman

Dated: September 24, 2020         BERNARD A. FRIEDMAN
Detroit, Michigan                   SENIOR U.S. DISTRICT JUDGE