UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Criminal No. 17-CR-20274

vs.                                                HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.
_____/

## ORDER REQUIRING SUPPLEMENTAL BRIEFING

On September 6, 2018, defendants in this matter filed a "motion to determine admissibility of co-conspirator statements and alleged party admissions before trial" [docket entry 325]. Later that month, the government filed a response in opposition. Since then, the Court has dismissed most of the counts of the indictment, leaving one count that is directed at four of the defendants. Accordingly,

IT IS ORDERED that defendants file, within fourteen days of the date of this order, a supplemental brief explaining whether, and if so then to what extent, their motion seeks relief that pertains to the remaining count and the remaining defendants.

IT IS FURTHER ORDERED that the government respond to defendants' supplemental brief within fourteen days of service; and that defendants file a reply, if they wish to do so, within seven days thereafter.

                                                s/Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
Dated: November 9, 2020              SENIOR UNITED STATES DISTRICT JUDGE
      Detroit, Michigan