UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO AMEND BOND CONDITIONS** |
| D2- FAKHRUDDIN ATTAR and D3- FARIDA ATTAR, | |
| Defendants. | |

_____

## STIPULATION

Fakhruddin Attar, through his attorney Mary Chartier and Farida Attar, through her attorney Matthew R Newburg, and the United States government, through its attorney Sara Woodward, stipulate that the Attars bond conditions be modified to allow the following:

1. The Attars are permitted to have contact with Abdeali and Yusuf Attar via telephone and online communications.

2. The Attars are permitted to travel to upstate New York or Pennsylvania from December 20, 2020 through January 5, 2021 to visit Taha Vasi and his family.

These conditions are also subject to approval by the Pretrial Services Office.

                                        Respectfully submitted,

| | |
|---|---|
| <u>11/3/20</u><br>Date | /s/MARY CHARTIER (w/permission)<br>Mary Chartier |
| <u>11/3/20</u><br>Date | /s/MATT NEWBURG<br>Matthew R. Newburg |
| <u>11/3/20</u><br>Date | /s/SARA WOODWARD (w/permission)<br>Sara Woodward |

## ORDER

The Attars bond conditions shall be modified to permit the following subject to the approval of Pretrial Services:

1. The Attars are permitted to have contact with Abdeali and Yusuf Attar via telephone and online communications.

2. The Attars are permitted to travel to upstate New York or Pennsylvania from December 20, 2020 through January 5, 2021 to visit Taha Vasi and his family. These conditions are also subject to approval by the Pretrial Services Office.

| | |
|---|---|
| Dated:  November 20, 2020<br>       Detroit, Michigan | s/Bernard A. Friedman<br>Bernard A. Friedman<br>Senior United States District Judge |