UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

    Defendants.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

_____

**STIPULATION TO EXTEND MOTION FILING DEADLINE**

Because the parties are engaged in continuing discovery, the United States Government, by and through its attorneys and Defendants, by and through their attorneys, do hereby stipulate and agree that the pretrial motion filing cutoff date, for motions other than motions in limine, currently set for November 30, 2020, shall be extended to January 6, 2021.

Respectfully submitted,

DATED: November 18, 2020

s/ Brian M. Legghio
BRIAN M. LEGGHIO
Attorney for Fatema Dahodwala

s/ Shannon M. Smith
SHANNON M. SMITH
Attorney for Jumana Nagarwala

s/ Molly S. Blythe
MOLLY S. BLYTHE
Attorney for Jumana Nagarwala

s/ Mary Chartier-Mittendorf
MARY CHARTIER-MITTENDORF
Attorney for Fakhruddin Attar

s/ Matthew R. Newburg
MATTHEW R. NEWBURG
Attorney for Farida Attar

DATED: November 18, 2020

s/Sara Woodward  
Assistant U.S. Attorney  
SARA WOODWARD

s/ John Neal  
Assistant U.S. Attorney  
JOHN NEAL

s/ Malisa Dubal  
DOJ Trial Attorney  
MALISA DUBAL

s/ Amy Markopoulos  
DOJ Trial Attorney  
AMY MARKOPOULOS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No. 17-cr-20274
                                     Judge: Bernard A. Friedman

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6, Fatema Dahodwala

    Defendant.

---

**ORDER GRANTING TIME EXTENSION FOR MOTION ILING DEADLINE**

Upon stipulation of the parties and the Court being fully advised of the circumstances;

**IT IS HEREBY ORDERED** the pretrial motion filing deadline, for motions other than motions in limine, shall be extended from November 30, 2020 to January 6, 2021.

IT IS SO ORDERED:

Dated: November 23, 2020      s/Bernard A. Friedman
Detroit, Michigan      BERNARD A. FRIEDMAN
    SENIOR U.S. DISTRICT JUDGE