UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER TO ALLOW MODIFICATION OF BOND** |
| D3, FARIDA ATTAR, | |
| Defendant. | |

_____

## STIPULATION

Farida Attar, through her attorney Matthew R. Newburg, and the United States government, through its attorney Sara Woodward, and said parties do stipulate that the bond conditions for Defendant, Farida Attar be modified to permit her to travel from the State of Michigan to the State of California and all states necessary to reach California on the following dates:

> Defendant, Farida Attar be permitted to leave the State of Michigan on Saturday, July 3, 2021 to travel to the State of California and all States enroute and is to return to the State of Michigan on or before Sunday,

August 1, 2021. Further, Ms. Attar will be traveling by car and will be accompanied by her daughter and her parents to visit her son.

All other bond conditions shall otherwise remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| 06/16/2021 <br> Date | /s/MATT NEWBURG <br> Matthew R. Newburg |
| 06/16/2021 <br> Date | /s/SARA WOODWARD <br> Sara Woodward |

## ORDER

The bond conditions of Farida Attar shall be modified to permit the following:

Defendant, Farida Attar be permitted to leave the State of Michigan on Saturday, July 3, 2021 to travel to the State of California and all States enroute and is to return to the State of Michigan on or before Sunday, August 1, 2021. Further, Ms. Attar will be traveling by car and will be accompanied by her daughter and her parents to visit her son.

Dated: June 30, 2021  
Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge